UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG PUKANECZ, | : | |
|     Plaintiff, | : | |
|     v. | : | No. 5:22-cv-00327 |
| | : | |
| TARGET CORPORATION, KIMCO REALTY CORPORATION, and SERENITY PROPERTY SERVICES, LLC, | : : : : | |
|     Defendants. | : | |

# O R D E R

**AND NOW**, this 2nd day of March, 2022, upon consideration of Defendant Serenity Property Services, LLC's Motion to Dismiss Plaintiff's Complaint for lack of personal jurisdiction, ECF No. 14, of the letter filed by Plaintiff dated February 18, 2022, in which Plaintiff indicated he "will not be filing a response" to the pending motion, ECF No. 16, of Plaintiff's letter filed February 28, 2022, in which Plaintiff further indicated that he does not oppose Serenity's motion, ECF No. 18, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    Defendant's motion, ECF No. 14, is **GRANTED**.

    2.    Defendant Serenity Property Services, LLC is **DISMISSED** as a party to this action.

    3.    The Clerk of Court is directed to **TERMINATE** Defendant Serenity Property Services, LLC, only.

                                                         BY THE COURT:

                                                         */s/ Joseph F. Leeson, Jr.*
                                                         JOSEPH F. LEESON, JR.
                                                          United States District Judge