UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRAIG PUKANECZ, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:22-cv-00327 |
| | : | |
| TARGET CORPORATION, KIMCO REALTY CORPORATION, and SERENITY PROPERTY SERVICES, LLC, | : : : | |
| Defendants. | : | |

# O R D E R

**AND NOW**, this 1st day of September, 2022, upon consideration of the Motion for Summary Judgment filed by Defendant Target Corporation, ECF No. 36, Plaintiff's response thereto, ECF No. 41, Target's reply in support, ECF No. 42, the Motion for Summary Judgment filed by Defendant Kimco Realty Corporation, ECF No. 37, Plaintiff's response thereto, ECF No. 40, Kimco's reply in support, ECF No. 43, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Target's Motion for Summary Judgment, ECF No. 36, is **GRANTED**.

    a. Judgment is **ENTERED** in Target's favor and against Plaintiff on all counts against it.

    b. Target is **DISMISSED** as a party to this matter.

2. Kimco Realty's Motion for Summary Judgment, ECF No. 37, is **DENIED**. Plaintiff's claims against Kimco Realty may proceed to trial as pleaded.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge